■ MARGARET T. ADRAT, Individually and as Executrix of EUGENE ADRAT, Deceased, Respondent, v MOUNT SINAI HOSPITAL et al., Appellants.

We have considered the other points raised and find them to be without merit.

The appeal from the order of said court entered on March 13, 1984, denying the motion to set aside the jury verdict and for other relief, is dismissed as academic, without costs. Concur — Murphy, P. J., Sullivan, Carro, Lynch and Ellerin, JJ.